1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California  94102
      Telephone:	(415) 436-7428
7     Facsimile:	(415) 436-7027
      claudia.quiroz@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-15-0314-YGR |
| Plaintiff, | [PROPOSED] DETENTION ORDER AS MODIFIED |
| v. | |
| MARIO GONZALEZ NAVA, | |
| Defendant. | |

On June 11, 2015, Defendant Mario Gonzalez Nava was charged by a federal grand jury in a two-count Indictment.  Count One charges the defendant with Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii).  Count Two charges the defendant with Distribution and Possession with Intent to Distribute Methamphetamine and aiding and abetting the same, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) and 18 U.S.C. § 2.  Because Counts One and Two of the Indictment carry a maximum term of imprisonment of more than ten years, the government was entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(C) so that the Court could determine whether any condition or combination of conditions would reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER
NO. CR-15-0314-YGR

1    This matter came before the Court on November 8, 2017, for a detention hearing.   The
2    Defendant was present and represented by attorney Juliana Drous.  Assistant United States Attorney
3    Claudia A. Quiroz appeared for the Government.
4        U.S. Pretrial Services conducted a full bail study and submitted a report recommending
5    detention.  The government moved for detention, and the defendant opposed.  The parties submitted
6    proffers and arguments at the hearing.
7        Upon consideration of the facts, proffers, and arguments, and for the reasons stated on the
8    record, the Court makes the following findings:  the defendant presents a risk of flight and the
9    government has shown by a preponderance of the evidence that no condition or combination of
10   conditions would reasonably assure the defendant's appearance as required.  Accordingly, the defendant
11   will be detained pending trial in this matter.
12       The present order supplements the Court's findings and order at the detention hearing and serves
13   as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).  As noted on
14   the record, the Court makes the following findings as a basis for its conclusion that no condition or
15   combination of conditions will reasonably assure the safety of other persons and the community as to
16   defendant Nava.
17       The defendant has an immigration detainer from the Department of Homeland Security (DHS).
18   If the Court were to release the defendant from custody on bail, the U.S. Marshals Service would notify
19   DHS of his release.  DHS, in turn, could arrest the defendant pursuant to the arrest warrant lodged in
20   connection with the immigration detainer and be remanded to the custody of DHS.  Once in custody of
21   DHS, he could get deported to Mexico before the instant case is adjudicated.  In light of the fact that the
22   defendant is facing a mandatory minimum prison term of 10 years, there is a risk that the defendant
23   either will flee to Mexico or be deported before he is convicted and/or sentenced on the instant case.
24   Furthermore, the defendant has failed to provide adequate sureties.
25       While Defendant has a history of illicit substance abuse, a conviction for driving under the
26   influence, a conviction for possession of a controlled substance and a domestic violence conviction, the
27   DUI conviction is from 10 years ago and the domestic violence conviction is from 12 years ago. Given
28   that, the court agrees with Pretrial Services that the risk of danger to the community could be mitigated

DETENTION ORDER
NO. CR-15-0314-YGR

through a combination of release conditions. As such, the government has not shown, by a preponderance of the evidence, that there are no conditions or combination of conditions the court can impose to reasonably ensure the safety of the community. Notwithstanding, Defendant will be detained as a risk of flight.

In making this determination, the Court has looked at and considered the factors set forth in 18 U.S.C § 3142(g): (1) the nature and circumstances of the offense; (2) the weight of the evidence against the Defendant; (3) the history and characteristics of the defendant (including the Defendant's physical and mental condition, family ties, employment, life and residence in the community, community ties, past conduct and criminal record, history of drug or alcohol abuse, record of appearance at Court proceedings, and whether the defendant was on conditional release of any sort at the time of the alleged offense); and (4) the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

Pursuant to 18 U.S.C. § 3142(i), IT IS HEREBY ORDERED THAT:

1. Defendant Nava shall remain in the custody of the United States Marshals Service.

2. Defendant Nava be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant Nava be afforded reasonable opportunity for private consultation with counsel; and

4. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice.

IT SO ORDERED.

DATED: ___November 14, 2017_____

*Kandis Westmore*

HON. KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER
NO. CR-15-0314-YGR